UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:14-cv-00236-JRG

Name of party requesting extension: Sharp Electronics Corporation

Is this the first application for extension of time in this case?  ☐ Yes
☑ No

If no, please indicate which application this represents:  ☑ Second
☐ Third
☐ Other _____

Date of Service of Summons: 04/01/2014

Number of days requested:  ☐ 30 days
☑ 15 days
☐ Other _____ days

New Deadline Date: 06/06/2014   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Robert J. Benson
State Bar No.: 155971
Firm Name: Orrick, Herrington & Sutcliffe LLP
Address: 2050 Main Street, No. 1100
         Irvine, CA  92614

Phone: (949) 852-7705
Fax:   (949) 567-6710
Email: rbenson@orrick.com

A certificate of conference does not need to be filed with this unopposed application.